# Court of Appeals
# of the State of Georgia

ATLANTA,   March 06, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1136. DEBRA CURRY v. DEKALB COUNTY, GEORGIA.**

On January 18, 2013, the superior court entered an order dismissing Debra Curry's petition for writ of certiorari to review a decision of the Recorder's Court of DeKalb County. Curry filed a premature notice of appeal. While the notice of appeal may have ripened upon entry of the judgment, we lack jurisdiction in this case.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001); *Brown v. City of Marietta*, 214 Ga. App. 840, 840-842 (1) (449 SE2d 540) (1994). This procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Curry failed to comply with the discretionary appeal procedure, this appeal is DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 03/06/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, Clerk.